970

*General Sobeloff, Assistant Attorney General Holland, Marvin E. Frankel, H*▮▮▮▮ ▮▮▮▮ ▮▮▮ ▮▮▮▮▮▮ ▮ ▮▮▮▮▮▮▮ for the United States.

No. 604. REYNOLDS METALS Co. *v.* MULTNOMAH COUNTY ET AL. Supreme Court of Oregon. Certiorari denied. MR. JUSTICE HARLAN took no part in the consideration or decision of this application. *C. Allan Hart, Jr.* for petitioner. *Robert F. Maguire* for respondents.

No. 18, Misc. MITCHELL *v.* NEBRASKA. Supreme Court of Nebraska. Certiorari denied. Petitioner *pro se. Clarence S. Beck,* Attorney General of Nebraska, *Clarence A. H. Meyer,* Deputy Attorney General, and *Robert V. Hoagland,* Assistant Attorney General for respondent.

No. 69, Misc. NORMAN *v.* NEW YORK. Appellate Division of the Supreme Court of New York, First Judicial Department. Certiorari denied. Petitioner *pro se. Charles W. Manning* for respondent.

No. 156, Misc. FRANKLIN *v.* INDIANA. Supreme Court of Indiana. Certiorari denied. Petitioner *pro se. Edwin K. Steers,* Attorney General of Indiana, and *Owen S. Boling,* Deputy Attorney General, for respondent.

No. 203, Misc. HOLLMAN *v.* CLARY, U. S. DISTRICT JUDGE, ET AL. C. A. 3d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Sobeloff* for respondents.

No. 236, Misc. FRIERSON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Solicitor*